# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CIV 7215

Purchased/Filed: August 13, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*     Plaintiff

against

*Proper Construction Inc.*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ August 19, 2008 _____, at __ 2:00pm __, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Rule 7.1

on

_____ Proper Construction Inc. _____, the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service

was made pursuant to Section __ 306 Business Corporation Law __.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __ 38 __    Approx. Wt: __ 145 __    Approx. Ht: __ 5'5" __

Color of skin: __ White __    Hair color: __ Blonde __    Sex: __ F __    Other: _____

Sworn to before me on this

__22nd__ day of _____ August, 2008 _____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

_____
Jessica Miller

Invoice·Work Order # SP0808028

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179